ELLA F. DURGIN, on Behalf of Herself and All Other Stockholders of WICKWIRE SPENCER STEEL CORPORATION, Respondent, v. WICKWIRE SPENCER STEEL CORPORATION, L. W. ROBINSON and G. F. NAPHEN, Appellants, and Others, Defendants.— Order granting plaintiff's motion to amend the amended complaint affirmed, with ten dollars costs and disbursements, with leave to the appealing defendants to serve, within ten days from the entry of the order herein, if so advised, an amended answer setting up the Statute of Limitations as to any acts occurring in the year 1919. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

JOSEPH FEENEY, Appellant, v. NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

MICHAEL GIER, Respondent, v. THE AMERICAN SURETY COMPANY OF NEW YORK, Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of requiring plaintiff to serve an amended complaint which shall contain a concise statement of facts if the plaintiff intends to plead one cause of action based upon the undertaking of the general guardian. If plaintiff intends to plead two causes of action, one based upon the said undertaking and the other upon the alleged wrongdoing of the defendant, the two causes of action should be separately stated in concise language and separately numbered. Lazansky, P. J., Kapper, Tompkins and Davis, JJ., concur; Scudder, J., not voting.

RALPH C. GREENE and GUY O. WALSER, Copartners, Doing Business under the Firm Name and Style of GREENE & WALSER, Appellants, v. GEORGE DITTMANN, Respondent.— Order in so far as it denies motion to strike out defenses and counterclaims in amended answer reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that said defenses and counterclaims are insufficient in law. Defendant may serve an amended answer within ten days from service of a copy of the order herein. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

WILLIAM HERSHKOWITZ, as Administrator, etc., of MILTON HERSHKOWITZ, Deceased, Respondent, v. ANNA BROWER and Others, Appellants.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that a trial in Sullivan county will serve the convenience of witnesses. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of the Application of ALBERT BLACKBURNE, Appellant, to Compel GEORGE P. BRECKENRIDGE, Respondent, an Attorney at Law of the State of New York, to Pay over Certain Moneys.— Order confirming report of official referee and denying motion to compel respondent to pay over certain moneys affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.